UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AARON GARCIA

          Plaintiff(s),          Case No. 2:21-CV-11649-MAG-EAS

v.          Judge Mark A. Goldsmith

MUELLER STREAMLINE CO.

          Magistrate Judge Elizabeth A. Stafford

          Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Mueller Streamline Co.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ✔    No ☐

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: Mueller Industries, Inc.
    Relationship with Named Party: Mueller Streamline Co. is a subsidiary of Mueller Industries, Inc.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ✔    No ☐

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name: Mueller Industries, Inc.
    Nature of Financial Interest: Mueller Streamline Co. is a subsidiary of Mueller Industries, Inc.

Date: July 20, 2021          /s/ Michael A. Ohly

          P75155
          Bush Seyferth, PLLC
          100 W. Big Beaver Road
          Ste. 400
          Troy, MI 48084
          (248) 822-7800
          ohly@bsplaw.com